UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

LATASHA TRANSRINA KEBE,

    Debtor.
_____/

BELCALIS MARLENIS ALMÁNZAR.

    Plaintiff,

v.

LATASHA TRANSRINA KEBE,

    Defendant.
_____/

Case No. 23-14082-SMG
Chapter 11
Subchapter V

Adv. Proc. No. 23-01153-SMG

**CERTIFICATE OF SERVICE (SUMMONS SERVICE EXECUTED)**

**I HEREBY CERTIFY** that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of the Adversary Complaint to Determine Non-Dischargeability of Debt [ECF No. 1], ; Summons and Notice of Conference in an Adversary Proceeding [ECF No. 2]; and Order Setting Status Conference and Establishing Procedures and Deadlines [ECF No. 3] was made on August 9, 2023, via E-Mail Service upon:

    Chad Van Horn, Esq.
    Chad@cvhlawgroup.com

[Remainder of Page Intentionally Left Blank. Next Page Is Signature Page.]

1

Dated: August 9, 2023.

          Respectfully submitted,

          */s/James C. Moon*
          James C. Moon, Esquire
          Florida Bar No. 938211
          jmoon@melandbudwick.com
          MELAND BUDWICK, P.A.
          3200 Southeast Financial Center
          200 South Biscayne Boulevard
          Miami, Florida 33131
          Telephone: (305) 358-6363
          Telecopy: (305) 358-1221

          *Counsel for Plaintiff Belcalis Marlenis Almánzar*