

**ORDERED in the Southern District of Florida on October 5, 2023.**

_Scott M. Grossman_
_____
**Scott M. Grossman, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Case No. 23-14082-SMG |
| LATASHA TRANSRINA KEBE, | Chapter 11 |
|  | Subchapter V |
| Debtor. | |
| _____ / | |
| BELCALIS MARLENIS ALMÁNZAR, | Adv. Case No. 23-01153-SMG |
| Plaintiff, | |
| v. | |
| LATASHA TRANSRINA KEBE, | |
| Defendant. | |
| _____/ | |

### AGREED ORDER GRANTING MOTION FOR PARTIAL SUMMARY JUDGMENT

THIS CAUSE has come before the Court upon Plaintiff's Motion for Partial Summary Judgment ("*Motion*") [ECF No. 7]. The Court, having considered the Motion, the record, and having been advised of the agreement of Defendant to the terms hereof, finds that good and

1

sufficient cause has been shown in support of the relief granted in this Order. Based on the foregoing, it is

**ORDERED** as follows:

1. The Motion [ECF No. 7] is **GRANTED**.

2. The award of damages in the Amended Defamation Judgment[1] against Defendant individually and jointly and post-judgment interest thereon pursuant to 28 U.S.C. § 1961 are excepted from discharge pursuant to 11 U.S.C. 523(a)(6). Specifically, the following amounts are excepted from discharge:

   a. Compensatory damages of $1,025,000 for pain and suffering and/or reputational injury and for medical expenses;

   b. Punitive damages of $1,000,000;

   c. Litigation expenses of $1,338,753.47; and

   d. Post-judgment interest on the foregoing pursuant to 28 U.S.C. § 1961 in the amount of $41,725.29.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

3. The Court will enter a separate judgment consistent with this Order and in accordance with Fed. R. Bankr. P. 7058.

###

**Submitted by**:
James C. Moon, Esquire
Florida Bar No. 938211
jmoon@melandbudwick.com
MELAND BUDWICK, P.A.
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 358-6363
Facsimile: (305) 358-1221

**Copies Furnished To**:
James C. Moon, Esquire, is directed to serve copies of this Order on all parties in interest and to file a Certificate of Service.