

**ORDERED in the Southern District of Florida on October 6, 2023.**

Scott M. Grossman, Judge
United States Bankruptcy Court
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Case No. 23-14082-SMG |
| LATASHA TRANSRINA KEBE, | Chapter 11<br>Subchapter V |
| Debtor.<br>_____ / | |
| BELCALIS MARLENIS ALMÁNZAR, | Adv. Case No. 23-01153-SMG |
| Plaintiff,<br>v. | |
| LATASHA TRANSRINA KEBE, | |
| Defendant.<br>_____/ | |

**PARTIAL SUMMARY JUDGMENT AGAINST LATASHA TRANSRINA KEBE**

Pursuant to Fed. R. Civ. P. 58, made applicable to this adversary proceeding by Fed. R. Bankr. P. 7058, and this Court's *Agreed Order Granting Motion for Partial Summary Judgment*, it is

**ORDERED AND ADJUDGED** as follows:

1

1. Partial Summary Judgment is entered in favor of Plaintiff Belcalis Marlenis Almánzar and against Defendant Latasha Transrina Kebe.

2. The award of damages in the Amended Defamation Judgment[1] against Defendant individually and jointly and post-judgment interest thereon pursuant to 28 U.S.C. § 1961 are excepted from discharge pursuant to 11 U.S.C. § 523(a)(6). Specifically, the following awards set forth in the Amended Defamation Judgment are excepted from discharge:

    a. Compensatory damages of $1,025,000 for pain and suffering and/or reputational injury and for medical expenses;

    b. Punitive damages of $1,000,000;

    c. Litigation expenses of $1,338,753.47; and

    d. Post-judgment interest on the foregoing pursuant to 28 U.S.C. § 1961 in the amount of $41,725.29.

###

**Submitted by**:
James C. Moon, Esquire
Florida Bar No. 938211
jmoon@melandbudwick.com
MELAND BUDWICK, P.A.
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 358-6363
Facsimile: (305) 358-1221

**Copies Furnished To**:
James C. Moon, Esquire, is directed to serve copies of this Order on all parties in interest and to file a Certificate of Service.

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.