Form CGFD62  (9/19/08)

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

**Case Number:** 23–14082–SMG    **Adversary Number:** 23–01153–SMG

In re:

**Name of Debtor(s):** Latasha Transrina Kebe

_____/

**Belcalis Marlenis Almanzar**

Plaintiff(s)

**VS.**

**Latasha Transrina Kebe**

Defendant(s)

_____/

## NOTICE OF ENTRY ON DOCKET OF JUDGMENT/ORDER

Notice is hereby provided pursuant to Bankruptcy Rule 9022 that the Judgment/Order titled **Partial Summary Judgment Against Latasha Transrina Kebe** (copy attached) was entered on the docket on **10/6/2023** .

**Dated: 10/6/23**

**CLERK OF COURT**
By: Tanesha Graster–Thomas
Deputy Clerk (954) 769–5700

The clerk shall serve a copy of this notice on all interested parties.