UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

LATASHA TRANSRINA KEBE,

    Debtor.
_____/

BELCALIS MARLENIS ALMÁNZAR.

    Plaintiff,

v.

LATASHA TRANSRINA KEBE,

    Defendant.
_____/

Case No. 23-14082-SMG
Chapter 11
Subchapter V

Adv. Proc. No. 23-01153-SMG

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the *Pretrial Scheduling Order* [ECF No. 9] was served on October 5, 2023 via the Court's Notice of Electronic Filing upon registered Users listed on the attached **Exhibit 1.**

    Dated: October 9, 2023.

Respectfully submitted,

*/s/James C. Moon*
James C. Moon, Esquire
Florida Bar No. 938211
jmoon@melandbudwick.com
MELAND BUDWICK, P.A.
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 358-6363
Telecopy: (305) 358-1221

*Counsel for Plaintiff Belcalis Marlenis Almánzar*

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.

U.S. Bankruptcy Court

Southern District of Florida

Notice of Electronic Filing

The following transaction was received from Graster-Thomas, Tanesha entered on 10/5/2023 at 10:26 AM EDT and filed on 10/5/2023
**Case Name:**        Almanzar v. Kebe
**Case Number:**      23-01153-SMG
**Document Number:** 9

**Docket Text:**
**Pretrial Scheduling Order. (Re: [1] Complaint filed by Plaintiff Belcalis Marlenis Almanzar). Pretrial Conference set for 01/09/2024 at 09:30 AM U.S. Courthouse, 299 E Broward Blvd Courtroom 308 (SMG), Fort Lauderdale, FL. (Graster-Thomas, Tanesha)**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** 03052899.PDF
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1068065210 [Date=10/5/2023] [FileNumber=57040070-0] [942e87245b00458365738e4963ccf6ebdc7dffcfe407f5af3d240e61b6f62a5585 9da08f4a68ce309d37212f700e487a2de07246c2fe9ef5e151e0a8da01b20a]]

**23-01153-SMG Notice will be electronically mailed to:**

James C. Moon, Esq on behalf of Plaintiff Belcalis Marlenis Almanzar
jmoon@melandbudwick.com,
ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;jmoon@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com

Chad T Van Horn on behalf of Defendant Latasha Transrina Kebe
Chad@cvhlawgroup.com,
chad@ecf.inforuptcy.com,g2320@notify.cincompass.com,chapter7@cvhlawgroup.com,broward@cvhlawgroup.com,chapter11@cvhlawgroup.com,miami@cvhlawgroup.com

Exhibit 1