UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

LATASHA TRANSRINA KEBE,

    Debtor.
_____/

BELCALIS MARLENIS ALMÁNZAR.

    Plaintiff,

v.

LATASHA TRANSRINA KEBE,

    Defendant.
_____/

Case No. 23-14082-SMG
Chapter 11
Subchapter V

Adv. Proc. No. 23-01153-SMG

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that true and correct copies of i). *Agreed Order Granting Motion for Partial Summary Judgment* [ECF No. 10] and ii) *Partial Summary Judgment Against Latasha Transrina Kebe* [ECF No. 11] were served on October 6, 2023, respectively, via the Court's Notice of Electronic Filing upon the Registered Users listed on the attached **Composite Exhibit 1**.

Dated: October 9, 2023.

    Respectfully submitted,

    */s/James C. Moon*
    James C. Moon, Esquire
    Florida Bar No. 938211
    jmoon@melandbudwick.com
    MELAND BUDWICK, P.A.
    200 South Biscayne Blvd., Ste 3200
    Miami, Florida 33131
    Telephone: (305) 358-6363
    Telecopy: (305) 358-1221

    *Counsel for Plaintiff Belcalis Marlenis Almánzar*

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.

### U.S. Bankruptcy Court

### Southern District of Florida

Notice of Electronic Filing

The following transaction was received from Graster-Thomas, Tanesha entered on 10/6/2023 at 3:01 PM EDT and filed on 10/6/2023
**Case Name:**         Almanzar v. Kebe
**Case Number:**       23-01153-SMG
**Document Number:** 10

**Docket Text:**
**Agreed Order Granting Motion For Partial Summary Judgment (Re: # [7]) (Graster-Thomas, Tanesha)**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** 03053431.PDF
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1068065210 [Date=10/6/2023] [FileNumber=57050099-0] [1e4e1e3d799a7ab1abbfc6ee136ffaab79b74030d14a86589cfac38a72d169b4de
f67017ad377cd9afc614f0b1beed93056ea5f04ffd7f2944c8bd782260a402]]

**23-01153-SMG Notice will be electronically mailed to:**

James C. Moon, Esq on behalf of Plaintiff Belcalis Marlenis Almanzar
jmoon@melandbudwick.com,
ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;jmoon@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com

Chad T Van Horn on behalf of Defendant Latasha Transrina Kebe
Chad@cvhlawgroup.com,
chad@ecf.inforuptcy.com,g2320@notify.cincompass.com,chapter7@cvhlawgroup.com,broward@cvhlawgroup.com,chapter11@cvhlawgroup.com,miami@cvhlawgroup.co

**23-01153-SMG Notice will not be electronically mailed to:**

Composite Exhibit 1

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.

## U.S. Bankruptcy Court

### Southern District of Florida

Notice of Electronic Filing

The following transaction was received from Graster-Thomas, Tanesha entered on 10/6/2023 at 3:03 PM EDT and filed on 10/6/2023
**Case Name:** Almanzar v. Kebe
**Case Number:** 23-01153-SMG
**Document Number:** 11

**Docket Text:**
Partial Summary Judgment in Favor of Belcalis Marlenis Almnzar Against Latasha Transrina Kebe . (Graster-Thomas, Tanesha)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** 03053417.PDF
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1068065210 [Date=10/6/2023] [FileNumber=57050107-0] [071f22a7f05b512d9c3a03038f4ce7d7a08bbe845cb0d8a0f55f488ab87e815096
f9d30538c9abed44eeb8b264c88f35d857cbf14daad295372ec2e7cd91e4d2]]

**23-01153-SMG Notice will be electronically mailed to:**

James C. Moon, Esq on behalf of Plaintiff Belcalis Marlenis Almanzar
jmoon@melandbudwick.com,
ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;jmoon@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com

Chad T Van Horn on behalf of Defendant Latasha Transrina Kebe
Chad@cvhlawgroup.com,
chad@ecf.inforuptcy.com,g2320@notify.cincompass.com,chapter7@cvhlawgroup.com,broward@cvhlawgroup.com,chapter11@cvhlawgroup.com,miami@cvhlawgroup.co

**23-01153-SMG Notice will not be electronically mailed to:**