UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Case No. 23-14082-SMG |
| LATASHA TRANSRINA KEBE, | Chapter 11<br>Subchapter V |
| Debtor.<br>_____ / | |
| BELCALIS MARLENIS ALMÁNZAR, | Adv. Case No. 23-01153-SMG |
| Plaintiff,<br>v. | |
| LATASHA TRANSRINA KEBE, | |
| Defendant.<br>_____/ | |

## PLAINTIFF BELCALIS MARLENIS ALMÁNZAR'S INITIAL DISCLOSURES

Plaintiff BELCALIS MARLENIS ALMÁNZAR ("*Plaintiff*"), by and through her undersigned counsel, pursuant to Fed. R. Civ. P. 26(a)(1), made applicable to this proceeding by Fed. R. Bankr. P. 7026, submits the following initial disclosures:

## GENERAL STATEMENT[1]

The following disclosures are made based on the information reasonably available to Plaintiff as of the date hereof. By making these disclosures, Plaintiff does not represent that she is identifying every witness possibly relevant to this adversary proceeding. Rather, Plaintiff's disclosures represent a good faith effort to identify information that Plaintiff reasonably believes at this time she may use to support her claims as required by Fed. R. Civ. P. 26(a)(1).

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Complaint [ECF No. 1].

1

In addition, Plaintiff's disclosures are made without waiving: (1) the right to object on the grounds of competency, privilege, relevancy and materiality, hearsay, or any other proper ground, to the use of any such information, for any purpose, in whole or in part, in any subsequent proceeding in this action or any other action; (2) the right to object on any and all grounds, at any time, to any other discovery request or proceeding involving or relating to the subject matter of these disclosures; and (3) the right to seek protection under a suitable protective order agreed to by the parties or issued by the Court pursuant to Fed. R. Civ. P. 26(c) of any information to be provided in discovery in this case.

All of the disclosures set forth below are made subject to the above objections and qualifications.

### I. Rule 26(a)(1)(A)(i) – Individuals Likely to Have Discoverable Information

1. Latasha Transrina Kebe
c/o Chad Van Horn, Esq.
VAN HORN LAW GROUP, P.A.
500 N.E. 4th Street, Suite 200
Fort Lauderdale, FL 33301
Telephone: (954) 765-3166
chad@cvhlawgroup.com

This witness has knowledge relevant to the allegations and claims asserted in the Complaint and the responses and affirmative defenses set forth in Defendant's Answer.

2. Cheickna Kebe
c/o Brett Lieberman, Esq.
EDELBOIM LIEBERMAN REVAH PLLC
20200 West Dixie Highway, Suite 905
Miami, FL 33180
Telephone: (305) 768-9909
brett@elrolaw.com

This witness has knowledge relevant to the allegations and claims asserted in the Complaint and the responses and affirmative defenses set forth in Defendant's Answer.

3. Corporate Representative of Kebe Studios, LLC
*Company Terminated*; however, prior owners are Defendant Latasha Kebe and Cheickna Kebe, contact information provided herein.

This witness has knowledge relevant to the allegations and claims asserted in the Complaint and the responses and affirmative defenses set forth in Defendant's Answer.

4. Any employee, independent contractor or agent of the individuals or entities herein disclosed who may have knowledge relevant to this matter.

5. All witnesses listed by Defendant in her Rule 26(a)(1) and (2) disclosures.

6. Any person named in a deposition or referenced in any document produced in this proceeding, or whose name is learned during the course of discovery.

7. Any and all other witnesses deemed necessary upon receipt and review of discovery responses.

8. Any and all necessary record custodians.

9. All persons necessary to authenticate documents.

10. Any and all rebuttal and impeachment witnesses.

Plaintiff states that discovery is ongoing, and Plaintiff thus reserves the right to amend this list at any time upon discovery of additional witnesses or a determination that such above-listed witnesses are not necessary.

## II. Rule 26(a)(1)(A)(ii) – Documents and Tangible Things in the Plaintiff's Possession, Custody, or Control that Plaintiff may use to Support her Claims

A copy – or a description by category and location – of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment.

1. Trial Transcript of trial commenced on January 10, 2022 in the District Court for the Northern District of Georgia in the case styled: *Belcalis Marlenis Almánzar v. Latasha Transrina Kebe, et al.*, Case No. 1:19-cv-01301-WMR (N.D. Ga.) ("***Defamation Action***").

2. Claims Verdict from the Defamation Action attached as Exhibit A to Complaint.

3. Punitive Damages Verdict from the Defamation Action attached as Exhibit B to Complaint.

4. Original Defamation Judgment from the Defamation Action attached as Exhibit C to Complaint.

5. Amended Defamation Judgment from the Defamation Action attached as Exhibit D to Complaint.

6. Eleventh Circuit's Opinion Affirming the Amended Defamation Judgment from the Defamation Action attached as Exhibit E to Complaint.

7. Documents obtained from Defendant, her agents or other third parties by Plaintiff's counsel, whether by Fed. R. Bankr. P. 2004 discovery, subpoena, Defendant's or her companies' books and records, or other sources of informal production.

8. Any and all court filings in this proceeding and Defendant's main bankruptcy case.

9. Any and all deposition and hearing transcripts in this or any proceeding and Defendant's main bankruptcy case.

10. Any electronically stored information produced or to be produced in this proceeding.

As discovery is ongoing, Plaintiff specifically reserves the right to amend and supplement its disclosures upon discovery of additional documents that may be used to support her claims.

### III. Rule 26(a)(1)(A)(iii) – Computation of Damages

A computation of any category of damages claimed by the disclosing party who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered.

1.        See Proof of Claim No. 5 filed by Plaintiff in Defendant's main bankruptcy case.

Plaintiff reserves the right to amend and supplement this list, inter alia, to include additional attorney's fees, interest and any additional damages that become apparent through discovery.

### IV. Rule 26(a)(1)(A)(iv) – Insurance Agreement

For inspection and copying as under Rule 34 any insurance agreement under which an insurance business may be liable to satisfy all or party of a judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.

1.        Plaintiff does not believe she carries any insurance responsive to this category of disclosure.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 19, 2023, a true and correct copy of the foregoing was served via the Court's Notice of Electronic Filing upon the Registered Users listed on the attached **Exhibit 1**.

Respectfully submitted,

*/s/James C. Moon*
James C. Moon, Esquire
Florida Bar No. 938211
jmoon@melandbudwick.com
MELAND BUDWICK, P.A.
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 358-6363
Telecopy: (305) 358-1221

*Counsel for Plaintiff Belcalis Marlenis Almánzar*

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **James C. Moon**    jmoon@melandbudwick.com, ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;jmoon@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com
- **Chad T Van Horn**    Chad@cvhlawgroup.com, chad@ecf.inforuptcy.com,g2320@notify.cincompass.com,chapter7@cvhlawgroup.com,broward@cvhlawgroup.com,chapter11@cvhlawgroup.com,miami@cvhlawgroup.com,cmecf@cvhlawgroup.com,VanHorn.ChadB104447@notify.bestcase.com

Exhibit 1